OFFICE OF THE CLERK

**PATRICIA S. DODSZUWEIT**

**CLERK**



UNITED STATES COURT OF APPEALS

FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA  19106-1790

Website: www.ca3.uscourts.gov

TELEPHONE

215-597-2995

May 29, 2025

Stephen Turano, Esq.
100 Riverside Drive
Room 1d
New York, NY 10024

RE: USA v. Michael Healy
Case Number: 25-1911
District Court Case Number: 2:18-cr-00703-001

Dear Counsel:

Pursuant to our docketing letter dated **May 12, 2025**, you were requested electronically file or complete the following in the above-entitled case:

**Appearance Form**
**Fee or Motion for IFP**
**Information Statement**
**Transcript Purchase Order Form**

The above listed forms must be completed within fourteen days of the date of this letter. The forms are available at this court's website.

**IF YOU FAIL TO COMPLY, AN ORDER TO SHOW CAUSE WILL ISSUE.**

Very truly yours,
Patricia S. Dodszuweit, Clerk
By: s/ Kirsi
Case Manager
267-299-4911

cc: Mark E. Coyne, Esq.