# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

## CRIMINAL APPEAL INFORMATION STATEMENT

**PART I -** <u>Please type.</u>  Attach additional pages if necessary.

<u>SHORT CAPTION WITH IDENTITY OF APPELLANT - APPEAL FROM DISTRICT COURT</u>

| | |
|---|---|
| U.S.C.A. Caption: | US v. Michael Healy |
| U.S.C.A. No.: | 25-1911 |
| District: | DNJ |
| D.C. Docket No.: | 18-703 |
| Date Judgment: | 4/23/25 |
| Filed Date in D.C.: | 5/9/25 |
| Date NOA filed: | 5/12/25 |

Is this a Cross-Appeal?                            Yes ☐    No ☑

Was there a previous appeal in case?    Yes ☐    No ☑

If yes, Short Title: _____

Appeal Docket No.: _____

Citation, if reported: _____

State any other related proceedings in this Court or District Court.

## PART II

Please indicate basis of appeal:

**NOTE:** This statement will assist the Court in case management. It is not intended to preclude presentation of issues on appeal.

☐ Bail (appeal from order granting, denying, modifying terms and conditions of bail on release on bond pending appeal)

☑ Judgment of Conviction/Commitment.

    ☐ (A) Sentence      ☐ (B) Conviction      ☑ (C ) Both

☑ Appeal will challenge <u>only</u> the merits of the underlying conviction.

☐ Appeal will challenge both the merits of the underlying conviction and the validity of the sentence imposed.

☐ Appeal will challenge only the validity of the sentence imposed.

This is to certify that a copy of this criminal appeal information statement was served on each party or their counsel of record this __10th__ day of ___June___, 20_25_ .

_____
Signature of Counsel for Appellant

**Stephen Turano**
Name

**60 Park Place, Suite 1101, Newark, NJ 07102**
Address, City, State & Zip Code

(917) 974-1781
Area Code & Telephone No.